



# MEMORANDUM OPINION

No. 04-11-00270-CV

Karen Lynne **FARRIS**,
Appellant

v.

Michael Wayne **FARRIS**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 10-03-5334-CCL
Honorable Vivian Torres, Judge Presiding

PER CURIAM

Sitting:  Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  August 17, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM